UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAREN LEE FRAZIER, | No. C-12-1284 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| BRENDA CASH, | |
| Respondent. | |

Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the San Joaquin County Superior Court. San Joaquin County lies within the venue of the Eastern District of California. Petitioner is confined at the California State Prison - Lancaster in Los Angeles County, which is located within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Here, the proper venue is the Eastern District of California because Petitioner was convicted in that district. Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: April 9, 2012

_____
EDWARD M. CHEN
United States District Judge