1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALAREN L. FRAZIER,

11            Petitioner,            No. 2:12-cv-0932 MCE KJN P

12        vs.

13   W.J. SULLIVAN, Warden,

14            Respondent.            ORDER TO SHOW CAUSE

15   _____/

16        Petitioner is a state prisoner proceeding without counsel with an application for

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 25, 2012, respondent filed a

18   motion to dismiss this action as barred by the statute of limitations.  Petitioner has not filed an

19   opposition to the motion.  Local Rule 230(l) provides in part:  "Failure of the responding party to

20   file written opposition or to file a statement of no opposition may be deemed a waiver of any

21   opposition to the granting of the motion . . . ."

22        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,

23   within thirty days, why his failure to oppose respondent's June 25, 2012 motion to dismiss

24   should not be deemed a waiver of any opposition to the granting of the motion, and he shall file

25   an opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an

26   ////

1   opposition to the pending motion to dismiss, will result in a recommendation that this action be

2   dismissed.

3   DATED:  July 26, 2012

4

5                                                                    _____

6                                                                    KENDALL J. NEWMAN
                                                                     UNITED STATES MAGISTRATE JUDGE

7   fraz0932.46h

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26